# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0569.  DEBRA A. ROGERS v. JAMES R. STEVENS.

In 2013, Debra A. Rogers and James R. Stevens were divorced. Thereafter, Rogers filed a petition for modification of custody. The parties entered a consent order. The trial court then entered orders amending the consent order and awarding attorney fees to Stevens, which Rogers appealed. In an unpublished opinion, this Court vacated the amended consent order and the fee award and remanded the case to the trial court to set forth the basis for its fee award. See Case No. A18A0148 (June 27, 2018). On remand, the trial court issued a supplemental order, again awarding fees to Stevens. Rogers has filed a direct appeal from the fee award, purporting to appeal under OCGA § 5-6-34 (a) (11). We, however, lack jurisdiction.

Generally, appeals from orders in domestic relations cases must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). In contrast, OCGA § 5-6-34 (a) (11) permits a direct appeal from all judgments or orders in "child custody cases" that award, refuse to change, or modify child custody or visitation, or orders that hold or decline to hold persons in contempt of child custody orders. However, the issue-raised-on-appeal rule applies "to appeals from orders or judgments in child custody cases. This means that the proper appellate procedure to employ depends upon the issue involved in the appeal, even if the order . . . was entered in a child custody case." *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). Here, Rogers does not challenge the trial court's custody ruling. Accordingly, the case is not directly appealable pursuant to OCGA §5-6-34 (a) (11), and her failure to follow an application deprives us of

jurisdiction over this direct appeal. See *Voyles*, 301 Ga. at 47. For this reason, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/07/2019
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*